**Timothy R. GEORGE, Plaintiff— Appellant,**

**v.**

**Mary HANNAH; Any and All Does, each in their individual capacity, Defendants—Appellees.**

**No. 06–1059.**

United States Court of Appeals, Fourth Circuit.

Submitted: May 16, 2006.

Decided: May 22, 2006.

Timothy R. George, Appellant Pro Se. Jonathan Samuel Cohen, Mary Roccapriore Pelletier, United States Department of Justice, Washington, D.C., for Appellees.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timothy R. George appeals the district court's order denying relief on his action pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See George v. Hannah,* No. CA–05–74–F–5 (E.D.N.C. Sept. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*